IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v- ) | Case No. |
| ) | 15-cv-1269-SCJ-RGV |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. (NCO), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Defendant and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Whitney L. White
Whitney L. White
*Admitted Pro Hac Vice*
Texas Bar No. 24075269
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson St., Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001

1

Facsimile: (214) 741-3055
Email:  wwhite@sessions-law.biz

Dayle M. Van Hoose
*Admitted Pro Hac Vice*
FL State Bar No. 0016277
**Sessions, Fishman, Nathan & Israel, LLC**
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813)890-2463
Facsimile: (866)466-3140
Email: dvanhoose@sessions-law.biz

Wendi E. Fassbender
GA Bar No. 179133
**Sessions, Fishman, Nathan & Israel, LLC**
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584
Telephone: (678) 574-2396
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions-law.biz

**Attorneys for Defendant,
NCO Financial Systems, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2015, a copy of the foregoing **Notice of Pending Settlement** was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Georgia, Atlanta Division, and served via e-mail upon the following:

Ken Joseph
596 Middleton Place
Grayson, GA 30017
Telephone: (443) 831-8884
Email: sem252525@aol.com

/s/ Whitney L. White
Whitney L. White

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfied the font size requirements of this Court.

/s/ Whitney L. White
Whitney L. White